FILED

2016 MAY 25 AM 11: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RAWLE GERARD SUITE,<br>　aka "Jerry Snead,"<br>　aka "Gerard Suite,"<br>　aka "Gerard Sweet,"<br>　aka "Raul Jerard Anthony,"<br>　aka "R.J. Anthony,"<br>　aka "Gerard S. Rawle,"<br>　aka "Rawle Gerard Girard,"<br><br>　　　　　Defendant. | No. SA CR SACR16-00069<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1343: Wire Fraud;<br>18 U.S.C. § 2(a): Aiding and<br>Abetting] |

　　The Grand Jury charges:

COUNTS ONE THROUGH FOUR

[18 U.S.C. §§ 1343, 2(a)]

A.　INTRODUCTORY ALLEGATIONS

　　At all times relevant to this Indictment:

　　1.　Defendant RAWLE GERARD SUITE, also known as ("aka")
"Jerry Snead," aka "Gerard Suite," aka "Gerard Sweet," aka "Raul

Jerard Anthony," aka "R.J. Anthony," aka "Gerard S. Rawle," aka "Rawle Gerard Girard" ("SUITE"), offered and sold investments in a purported commodities trading program through his entities, STA Opus, Opus Capital Management Lmtd., STA Opus N.R., LLC, TBT Analysis LLC, Another Winning Trade (collectively, "STA Opus"), which defendant SUITE operated from his residence in Irvine, California.

B. THE SCHEME TO DEFRAUD

2. Beginning in or around October 2012, and continuing to in or around May 2016, in Orange County, within the Central District of California, and elsewhere, defendant SUITE, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud investors as to material matters, and to obtain money from investors by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. Defendant SUITE devised the scheme to operate, and the scheme did operate, as follows:

    a. Through false and fraudulent statements and written materials, defendant SUITE attempted to induce and did induce investors to invest in a purported commodities trading program managed by defendant SUITE through STA Opus.

    b. To obtain the investors' money, defendant SUITE made false promises and statements, including, without limitation, that he was "Jerry Snead," that he was not SUITE, that STA Opus made approximately 60 percent or higher annual returns, and that defendant SUITE never had a losing year, and omitted material facts, including, without limitation, that

2

defendant SUITE's true identity was SUITE, that the State of California previously issued a Desist and Refrain Order against defendant SUITE, that STA Opus had traded at a loss, that defendant SUITE would use the investors' principal for his own personal use, and that the account statements sent to investors were false.

4. To execute the aforementioned scheme, defendant SUITE made false and deceptive statements to the investors, including, without limitation, the following:

    a. that defendant SUITE's true identity was "Jerry Snead" and not SUITE;

    b. that STA Opus had made annual returns of approximately 60 percent or more for three or four years leading up to 2014;

    c. that defendant SUITE never had a losing year as a trader; and

    d. that investments with STA Opus were profitable, as reflected in false account statements sent to investors.

5. In carrying out the scheme to defraud, defendant SUITE concealed, among others, the following material facts:

    a. that defendant SUITE's true identity was SUITE and not "Jerry Snead";

    b. that defendant SUITE would use a portion of the investors' principal for his own personal use;

    c. that STA Opus had not made annual returns of approximately 60 percent or more for three or four years leading up to 2014;

        d.    that the account statements sent to investors showing their investment balances were false; and

        e.    that, on or about July 25, 2006, the California Department of Corporations issued a Desist and Refrain Order prohibiting defendant SUITE from "offering or selling or buying any security in the State of California . . . by means of written or oral communication which includes an untrue statement of a material fact or omits to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading."

6.    By devising, executing, and participating in the above scheme, defendant SUITE induced and attempted to induce investors to distribute money to him.

C.    <u>USE OF INTERSTATE WIRE COMMUNICATIONS</u>

7.    On or about the following dates, within the Central District of California, and elsewhere, for the purpose of executing the scheme to defraud, defendant SUITE, together with others known and unknown to the Grand Jury, aiding and abetting each other, transmitted, caused the transmission of, and aided and abetted the transmission of, the following items by means of wire and radio communication in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| ONE | 11/5/14 | Wire transfer of $10,480 from victim C.H.'s Columbia Bank account # xxx4158 in Idaho to STA Opus's JPMorgan Chase ("Chase") account # xxxxxxxxx2790 in California |
| TWO | 1/23/15 | Wire transfer of $20,000 from victim R.Y.'s Golden Plains Credit Union account # xxxx5007 in Kansas to STA Opus's Chase account # xxxxxxxxx2790 in California |

| | | |
|---|---|---|
| THREE | 2/18/15 | Wire transfer of $10,000 from victim R.Y.'s Golden Plains Credit Union account # xxxx5007 in Kansas to STA Opus's Chase account # xxxxxxxxx2790 in California |
| FOUR | 11/10/15 | Wire transfer of $9,000 from victim F.M.'s Prosperity Bank account # xxxxxx2415 in Texas to STA Opus's Chase account # xxxxxxxxx2790 in California |

A TRUE BILL

_____
Foreperson

EILEEN M. DECKER
United States Attorney

*[signature: Jos McNally for]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

IVY A. WANG
Assistant United States Attorney